**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**
June 2, 2009

Charles R. Fulbruge III
Clerk

No. 08-50844

RAAK TECHNOLOGIES INC

        Plaintiff - Appellant

v.

ADVANCED ENCRYPTION TECHNOLOGY EUROPE BV

        Defendant - Appellee

Appeal from the United States District Court
for the Western District of Texas at Austin
DC Cause No. 1:08-CV-243

Before KING, GARWOOD, and DAVIS, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is AFFIRMED for essentially the reasons set forth in the district court's Order entered June 23, 2008, and its Order entered July 24, 2008.

        AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.